# In the United States District Court for the Southern District of Georgia Waycross Division

DANDYS EDUARDO ANTONIO LOPEZ MENDOZA,

    Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

    Respondents.

CV 526-469

## ORDER

Petitioner initiated this action pursuant to 28 U.S.C. § 2241 on April 7, 2026. Dkt. No. 1. On April 16, 2026, the Court granted the petition in part, ordering Respondent to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. Dkt. No. 5. Judgment was entered the following day, dkt. no. 6, closing this case. Now before the Court is Petitioner's Notice of Voluntary Dismissal, dkt. no. 8, wherein he notifies the Court that the immigration judge issued an order granting Petitioner's release on bond, and, therefore, Petitioner wishes to dismiss his petition without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (permitting voluntary dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, to the extent any claims

remain in this action, they are **DISMISSED** **without** **prejudice.** Each party shall bear its own fees and costs. This case remains closed.

**SO ORDERED,** this __29__ day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2